IN THE SUPREME COURT OF NORTH CAROLINA

No. 80A13

FILED 4 OCTOBER 2013

STATE OF NORTH CAROLINA

v.

TIMOTHY CHARLES WILKES

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, ___ N.C. App. ___, 736 S.E.2d 582 (2013), finding no error at a trial that resulted in judgments entered on 16 June 2011 by Judge V. Bradford Long in Superior Court, Moore County, but remanding for resentencing. Heard in the Supreme Court on 5 September 2013.

*Roy Cooper, Attorney General, by Creecy C. Johnson, Assistant Attorney General, for the State.*

*Duncan B. McCormick for defendant-appellant.*

PER CURIAM.

AFFIRMED.